IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SHYNETTA RENAY BRAXTON, | ) | CASE NO. 16-61985 |
| | ) | |
| Debtor. | ) | |

## DEBTOR'S AMENDMENT TO CHAPTER 7 SCHEDULES

Comes Now, Shynetta Renay Braxton, Debtor in the above styled case, and files Amendments to her chapter 7 Schedules and in support thereof, the Debtor states as follows

1. Debtor Amends Statement of Intentions to disclose current intent.

WHEREFORE, Debtor prays that this Amendment be allowed, that the Trustee withdraws any objection(s) and for such other and further relief as the Court deems appropriate and just.

This the __19th__ day of __December__, 2018

                                           Respectfully Submitted

                                           T. Fleming & Associates, LLC

                                           /s/ Talitha S. Fleming
                                           Talitha S. Fleming
                                           Attorney for Debtor
                                           GA Bar No. 101022
                                           4751 Best Rd Ste. 180
                                           Atlanta, Georgia 30337
                                           Phone: 770-220-7220
                                           tfleming@flemingbk.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| SHYNETTA RENAY BRAXTON, | CASE NO. 16-61985 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the Chapter 7 Statement of Intentions upon the following with a properly addressed envelope with adequate first class postage affixed to assure delivery and depositing in the United States Mail.

I certify that, by agreement of the parties, Cathy L. Scarver, Chapter 7 Trustee, was served via the ECF electronic mail/noticing system.

Shynetta Renay Braxton
Debtor
4078 Bosenberry Way
Ellenwood, GA 30294

Cathy L. Scarver
Trustee
P.O. Box 672587
Marietta, GA 30006

This 19th day of December, 2018

Respectfully Submitted

T. Fleming & Associates

/s/ Talitha S. Fleming
Talitha S. Fleming
Attorney for Debtor
GA Bar No. 101022
4751 Best Rd Ste. 180
Atlanta, Georgia 30337
Phone: 770-220-7220
tfleming@flemingbk.com

**Fill in this information to identify your case:**

Debtor 1: Shynetta Renay Braxton

Debtor 2 (Spouse if, filing):

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known): 16-61985

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: IDA, LLC<br>Description of property securing debt: 2007 Chevrolet Tahoe 180000 miles | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name: | |

Official Form 108        Statement of Intention for Individuals Filing Under Chapter 7        page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | Shynetta Renay Braxton | Case number (if known) | 16-61985 |

Description of leased Property:

☐ No
☐ Yes

Lessor's name:
Description of leased Property:

☐ No
☐ Yes

Lessor's name:
Description of leased Property:

☐ No
☐ Yes

Lessor's name:
Description of leased Property:

☐ No
☐ Yes

Lessor's name:
Description of leased Property:

☐ No
☐ Yes

**Part 3:  Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  **/s/ Shynetta Renay Braxton**
**Shynetta Renay Braxton**
Signature of Debtor 1

X  _____
Signature of Debtor 2

Date  **December 19, 2018**

Date  _____